IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                              ORDER

   v.

                                                      06-CR-091-C

MICHAEL LUEPKE,

                Defendant.
_____

      On December 19, 2007, the United States Marshals Service advised the court that the U.S. Bureau of Prisons had been unable to designate an institution to receive defendant Michael Luepke for service of his sentence in this case. The problem was that Luepke had never been formally booked. Accordingly, this court's report date has come and gone without surrender because Luepke had nowhere to go.

      The Marshals Service has resolved the problem and has asked that a new date be set. Accordingly, it is ORDERED that defendant Michael Luepke shall report to the institution to be named by the Bureau of Prisons on January 11, 2008 between noon and 2:00 p.m.

      Entered this 20th day of December.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge